No. 73–1446. ROE ET AL. v. DOE. Ct. App. N. Y. [Certiorari granted, 417 U. S. 907.] Motion of Authors League of America for leave to file a brief as *amicus curiae* denied. Motion of American Psychiatric Assn. et al. for leave to participate in oral argument as *amici curiae* denied.

No. 73–1462. WHITE, SECRETARY OF STATE OF TEXAS, ET AL. v. REGESTER ET AL. Appeal from D. C. W. D. Tex. [Probable jurisdiction noted, 417 U. S. 906.] Motion of appellees for additional time for oral argument denied.

No. 73–1471. UNITED STATES ET AL. v. NEW JERSEY STATE LOTTERY COMMISSION. C. A. 3d Cir. [Certiorari granted, 417 U. S. 907.] Motion of petitioners to defer oral argument denied.

No. 74–8. O'CONNOR v. DONALDSON. C. A. 5th Cir. [Certiorari granted, *ante,* p. 894.] Motion of Daniel S. Dearing, Esquire, to permit Raymond W. Gearey, Esquire, to present oral argument *pro hac vice* on behalf of petitioner granted.

No. 74–70. GOLDFARB ET UX. v. VIRGINIA STATE BAR ET AL. C. A. 4th Cir. [Certiorari granted, *ante,* p. 963.] Motion of Virginia State Bar to be dismissed as a party respondent denied. MR. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 73–6721. TYLER ET AL. v. REGAN, U. S. DISTRICT JUDGE; and

No. 74–318. SCARRELLA ET AL. v. SPANNAUS, ATTORNEY GENERAL OF MINNESOTA, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. A–199 (74–170). ANDRINO v. UNITED STATES. C. A. 9th Cir. Application for bail, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.